IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Housing and Economic Development Financial Corp., | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) Case No. 12-0372-CV-W-JTM ) |
| Walter L. Moore, | ) ) |
| Defendant. | ) |

## ORDER

With the consent of the Honorable Gary D. Fenner, and pursuant to Local Rule 83.9 of the Western District of Missouri, which provides:

> [r]elated cases, by mutual consent of the judges to whom the cases are assigned, shall be transferred to the judge with the earliest filed case, without regard to whether the earliest filed case is pending,

it is

**ORDERED** that the Clerk of the Court transfer this matter to Judge Fenner for all further proceedings.

                        */s/ John T. Maughmer*
                        **JOHN T. MAUGHMER**
                        **U. S. MAGISTRATE JUDGE**